Slip Op. 09-150

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 08-00111 |

**JUDGMENT**

The United States Department of Commerce has filed its Final Results of Redetermination (Dec. 10, 2009) ("Remand Results") pursuant to Catfish Farmers of Am. v. United States, 33 CIT ___, Slip. Op. 09-96 (Sept. 14, 2009) ("Catfish Farmers"). No party contests the Remand Results, and therefore, it is hereby

**ORDERED** that the Remand Results are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see Catfish Farmers, Consol. Court No. 08-00111 (USCIT Apr. 16, 2008) (order granting consent motion for preliminary injunction), must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2006).

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Leo M. Gordon　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Judge Leo M. Gordon

Dated:　December 23, 2009
　　　　　New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____          By: _____
                                          Deputy Clerk